# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of May, two thousand twenty-six.

---

Madeline Fromageot, individually and as Administrator of the Estate of Paul Fromageot, Natural Mother of (FF)(CF)(JPF)(SF), Co - Trustee to the Fromageot Trusts (CF)(JPF)(SF) Trumbull Probate Court,

Plaintiff - Appellant,

v.

William J. Britt, Esq., et al.,

Defendants - Appellees.

---

**ORDER**

Docket No. 26-26

On April 6, 2026, the Court issued a notice placing this appeal on the Expedited Appeals Calendar under Local Rule 31.2(b) and setting May 11, 2026, as Appellant's brief due date. Appellant, pro se, has failed to file her brief. Upon consideration thereof,

IT IS HEREBY ORDERED that Appellant's brief must be filed on or before June 3, 2026. The appeal will be dismissed effective June 3, 2026, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. *See* Local Rule 27.1(f)(1); *cf. RLI Insurance Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013). Appellees' briefs are due 35 days after Appellant's brief is filed.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe